AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

NEXLEARN, LLC,

Plaintiff,

V.

ALLEN INTERACTIONS, INC.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 15-1294-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on May 4, 2016 (Doc. 27), Defendant's Motion to Dismiss (Doc. 20) is GRANTED.

There being no further claims, this case is DISMISSED.

5/4/2016

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*