IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEXLEARN, LLC<br><br>               Plaintiff,<br>v.<br><br>ALLEN INTERACTIONS, INC.,<br><br>               Defendant. | Case No. 6:15-cv-01294-EFM-KGG<br><br>Judge Eric F. Melgren |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff NexLearn, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the May 4, 2016 Memorandum and Order (Docket No. 27) granting Defendant's Motion to Dismiss and the May 4, 2016 Judgment in a Civil Case (Docket No. 28) dismissing the case, and any and all other Orders that relate thereto.

Respectfully submitted,

/s/ Karen R. Miller
Karen R. Miller, # 24172
NexLearn, LLC
100 S. Main Street, Suite 300
Wichita, KS  67202
Tel:     (316) 265-2170
Email: kmiller@nexlearn.com

Paul K. Vickrey *(pro hac vice)*
Olivia T. Luk *(pro hac vice)*
NIRO LAW, LTD.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Tel.:    (312) 236-0733
Emails:  vickrey@nshn.com; oluk@nshn.com

*Attorneys for Plaintiff, NexLearn, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2016 the foregoing

## NOTICE OF APPEAL

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

>Scott R. Schillings
>Hinkle Law Firm LLC
>301 North Main Street, Suite 2000
>Wichita, KS  67202
>Tel:     (316) 267-2000
>Fax:    (316) 264-1556
>sschillings@hinklaw.com
>
>Steven P. Katkov, Esq.
>Cozen O'Connor
>33 South 6th Street, Suite 4640
>Minneapolis, MN 55402
>Tel:    (612) 260-9000
>Fax:    (612) 260-9080
>skatkov@cozen.com
>
>Darren S. Mogil
>Martin B. Pavane
>Cozen O'Connor
>227 Park Avenue
>New York NY 10172
>Tel:    (212) 883-4900
>Fax:    (212) 986-0604
>dmogil@cozen.com
>mpavane@cozen.com
>
>*Attorneys for Allen Interactions, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

>/s/ Karen R. Miller
>Attorneys for NexLearn, LLC